**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2261**

---

ISLAM F. BEG,

       Plaintiff - Appellant,

   v.

ALEJANDRO MAYORKAS, United States Secretary of Homeland Security,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-01224-PTG-JFA)

---

Submitted:  February 22, 2024                Decided:  February 26, 2024

---

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Islam F. Beg, Appellant Pro Se.  Rebecca Sara Levenson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Islam F. Beg appeals the district court's order denying Beg's Fed. R. Civ. P. 60(b) motion for reconsideration of the court's prior order granting Defendant's motion to dismiss Beg's action under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634, and denying Beg's postjudgment motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Beg v. Mayorkas*, 1:22-cv-01224-PTG-JFA (E.D. Va. Nov. 2, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*